IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SHAQUILLE HOWARD, *et al*, | Civil Action No. 2:20-cv-01389 |
| Plaintiffs, | Magistrate Judge Lisa Pupo Lenihan |
| v. | |
| LAURA WILLIAMS, Chief Deputy Warden of Healthcare Services, *et al*, | ECF No. 68 |
| Defendants. | |

## ORDER ON PLAINTIFFS' MOTION FOR CLASS CERTIFICATION

Presently before the Court is Plaintiffs' Motion for Class Certification, ECF No. 68. For the reasons set forth in the Memorandum Opinion, said Motion will be granted and the class certified under Federal Rules of Civil Procedure 23(a) and 23(b)(2).

**AND NOW**, this 31st day of October, 2022, in consideration of the pending Motion at ECF No. 68, and for the reasons set forth in the Memorandum Opinion of even date herewith, **IT IS HEREBY ORDERED** that:

Plaintiffs' Motion for Class Certification is **GRANTED** in the form of **CERTIFICATION** of a class defined as :

All individuals currently or in the future incarcerated at Allegheny County Jail and who have, or will in the future have, a serious mental health diagnosis, disorder or disability as recognized in the DSM-V, including but not limited to depression, anxiety,

post-traumatic stress disorder, schizophrenia, bipolar disorder, or borderline personality disorder.

BY THE COURT:

_____
LISA PUPO LENIHAN
United States Magistrate Judge