IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **SHAQUILLE HOWARD, BROOKE GOODE, JASON PORTER, KEISHA COHEN and ALBERT CASTAPHANY**, on their own behalf and on behalf of all others similarly situated, | Case No. 20-cv-1389 |
| **Plaintiffs,** | ELECTRONICALLY FILED |
| v. | JURY TRIAL DEMANDED |
| **LAURA WILLIAMS**, Chief Deputy Warden of Healthcare Services; **ORLANDO HARPER**, Warden of Allegheny County Jail; **MICHAEL BARFIELD**, Mental Health Director; **ALLEGHENY COUNTY**; | |
| **Defendants.** | |

## PRELIMINARY APPROVAL ORDER

This matter came before the Court on the Joint Motion of Plaintiffs Shaquille Howard, Brooke Goode, Jason Porter, Keisha Cohen and Albert Castaphany (collectively "Plaintiffs"), and Defendants Laura Williams, Orlando Harper, Michael Barfield and Allegheny County (collectively "Defendants," and with the Plaintiffs, the "Parties"), for an Order Preliminarily Approving the Parties' Proposed Settlement, Approving Class Notice, and Scheduling a Final Approval Hearing, filed March 19, 2024 (the "Joint Motion").

Based on the written submissions and evidence presented in connection with the Joint Motion, the Court makes the following findings and determinations:

**IT IS HEREBY DETERMINED AND ORDERED:**

1. The settlement proposed in the proposed Consent Order and Judgment, a copy of which is attached as Exhibit 1 to the Joint Motion, is within the range of possible settlements suitable for final approval as fair, just, equitable, reasonable, adequate, and in the best interest of the Class, and was negotiated at arm's-length by the Parties.

2. The settlement is hereby preliminarily approved as fair, reasonable, adequate, proper, and in the best interests of the Class.

3. A Motion for Final Approval of Class Settlement is due on or before **May 20, 2024**.

4. A hearing on the fairness and reasonableness of the proposed settlement and to determine whether final approval shall be given to it and the request for attorneys' fees and costs by Class Counsel will be held before this Court on **June 10, 2024, at 1:30 p.m.** (the "Final Approval Hearing"). Class Counsel are to file their petition for attorneys' fees and costs at least twenty (20) days prior to the Final Approval Hearing. The Final Approval Hearing may be adjourned or continued by the Court without further notice to the Persons in the Class.

5. The Court approves the proposed form of notice to the class (the "Class Notice"), attached as Exhibit 2 to the Joint Motion. As soon as practicable after receiving preliminary Court approval of the Amended Agreement and by no later than ten (10) days following entry of this Order granting preliminary approval, Defendants shall cause this Notice to be delivered via electronic tablet to every individual then incarcerated at Allegheny County Jail. Defendants may make changes to the Class Notice by agreement with Class Counsel **and** with the Court's approval. Any expenses of such notice shall be paid by Defendants.

6. The Class Notice constitutes the best notice practicable under the circumstances, is reasonably calculated to communicate actual notice of the litigation and proposed settlement to persons in the Class, and is due and sufficient notice to all persons entitled to notice of the settlement of this Action.

7. Class Members have until **May 10, 2024**, to object to the proposed settlement. Any Class Member may object to the proposed settlement by filing with the Court a written objection that identifies the objector and the specific grounds for the objection and the reasons why such Class Members desire to appear and/or be heard; and all documents or writings that such Class Member desires the Court to consider.

8. Any Class Member wishing to appear in person at the Final Approval Hearing instead of submitting only a written objection must, along with the required written objection, file with the Clerk of the Court, a written request for permission to appear at the Final Approval Hearing, setting forth the reasons why a written objection is insufficient. No Class Member shall be heard, and no papers, briefs, pleadings or other documents submitted by any such Class member shall be received and/or considered by the Court unless submitted within the time specified above and in the Class Notice.

9. Subject to final approval of the proposed settlement, and subject to the Parties providing Class Notice in accordance with this Order, the Court approves the provisions of the proposed Consent Order and Judgment, rendering the proposed settlement binding on all Class Members, whether or not they actually received notice of the Action or its settlement.

DATED: March 21, 2024                                              *Cynthia R. Eddy*