IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SHAQUILLE HOWARD, BROOKE GOODE, JASON PORTER, KEISHA COHEN and ALBERT CASTAPHANY, on their own behalf and on behalf of all others similarly situated, | : <br> : <br> : Case No. 20-cv-1389 <br> : <br> : <br> : <br> : ELECTRONICALLY FILED |
| Plaintiffs, | : <br> : |
| v. | : JURY TRIAL DEMANDED <br> : |
| LAURA WILLIAMS, Chief Deputy Warden of Healthcare Services; ORLANDO HARPER, Warden of Allegheny County Jail; MICHAEL BARFIELD, Mental Health Director; ALLEGHENY COUNTY; | : <br> : <br> : <br> : <br> : <br> : |
| Defendants. | |

## JOINT MOTION TO APPROVE SETTLEMENT WITH RESPECT TO PETITION FOR FEES AND COSTS

Plaintiffs Shaquille Howard, Brooke Goode, Jason Porter, Keisha Cohen and Albert Castaphany (collectively "Class Representatives" on behalf of themselves and the certified class they represent), and Defendant Allegheny County (collectively with the Class Representatives the "Parties"), jointly file this Motion to Approve Settlement, and in support thereof, state as follows:

1. On May 20, 2024, Plaintiffs filed a Petition for fees and costs seeking an award of $2,228,016.37 in attorneys' fees and $138,035.63 in costs and expenses pursuant to 42 U.S.C. §1988.

2. The Defendant disputed the amount of the attorneys' fees and costs claimed in the in the Petition.

1

3. Prior to and since the filing of that Petition, the parties have been negotiating an agreement with respect to fees and costs.

4. After months of negotiations, including the involvement of a mediator, the parties have agreed to recovery of attorneys' fees and costs in the total amount of $1,715,000. After deducting for costs, this represents an almost 30% discount from the total fees claimed to be due to Plaintiffs.

5. For purposes of this settlement, the parties agree that the agreed amount of fees and costs specified above is reasonable given the work performed by Class Counsel and the results achieved, the experience and experience level of Class Counsel, the complexity of the issues, and the amount of time and work required to reach the proposed settlement.

6. For purposes of this Motion, the parties agree that the effective rates charged, and the hours expended by counsel, are reasonable and that the costs incurred are reasonable.

7. The parties agree that this is the settlement of a disputed claim and it is not an admission by any party.

8. The parties note that the amount of attorneys' fees and costs awarded to Plaintiffs does not impact in any way the relief afforded to the Class as a result of the proposed settlement.

9. The parties jointly request that the Court enter an order approving the settlement of Plaintiffs' Petition for Fees and Costs in the total amount of $1,715,000, with half of that amount due and payable within thirty days of the Court's Order granting the Petition, and half of that amount due no later than March 31, 2025.

DATED: July 10, 2024                                  Respectfully submitted,

*/s/ Keith E. Whitson*
Keith E. Whitson
Pa. I.D. No. 69656
**WHITEFORD, TAYLOR & PRESTON LLP**
11 Stanwix Street, 14th Floor
Pittsburgh, PA 15222
Telephone: (412) 286-1695
Facsimile: (412) 286-1724
kwhitson@whitefordlaw.com

*/s/ Alexandra Morgan-Kurtz*
Alexandra Morgan-Kurtz
PA ID No. 312631
**Pennsylvania Institutional Law Project**
247 Fort Pitt Blvd., 4th Floor
Pittsburgh, Pa 15222
Tel: (412) 434-6004
amorgan-kurtz@pilp.org

*/s/ Bret Grote*
Bret Grote, Esq.
PA ID No. 317273
*s/ Jaclyn Kurin*
Jaclyn Kurin
D.C. Bar ID No. 1600719
Pro Hac Vice Application To Be Filed
*/s/ Swain Uber*
Swain Uber, Esq.
PA I.D. No. 323477
*/s/ Quinn Cozzens*
Quinn Cozzens, Esq.
PA ID No. 323353

**Abolitionist Law Center**
P.O. Box 8654
Pittsburgh, PA 15221
Tel: (412) 654-9070
bretgrote@abolitionistlawcenter.org
jkurin@alcenter.org
swain.uber@gmail.com
qcozzens@alcenter.org

*Class Counsel*

John A. Bacharach
Dennis Biondo, Jr.

3

**Allegheny County Law Department**
445 Fort Pitt Blvd. #300
Pittsburgh, PA 15219
john.bacharach@alleghenycounty.us
Dennis.BiondoJr@AlleghenyCounty.us

*Counsel for Defendants*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **SHAQUILLE HOWARD, BROOKE GOODE, JASON PORTER, KEISHA COHEN** and **ALBERT CASTAPHANY,** on their own behalf and on behalf of all others similarly situated, | Case No. 20-cv-1389 |
| Plaintiffs, | **ELECTRONICALLY FILED** |
| v. | **JURY TRIAL DEMANDED** |
| **LAURA WILLIAMS,** Chief Deputy Warden of Healthcare Services; **ORLANDO HARPER,** Warden of Allegheny County Jail; **MICHAEL BARFIELD,** Mental Health Director; **ALLEGHENY COUNTY;** | |
| Defendants. | |

## Order of Court

This _____ day of July 2024, the JOINT MOTION TO APPROVE SETTLEMENT WITH RESPECT TO PLAINTIFFS' PETITION FOR FEES AND COSTS in the total amount of $1,715,000, with half of that amount due and payable within thirty days of the date of this Order and half of that amount due no later than March 31, 2025, is **GRANTED**.

BY THE COURT:

_____

J.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 10th day of July 2024, a copy of the foregoing was served via this Court's ECF as follows:

**John A. Bacharach**
**Dennis Biondo, Jr.**
Allegheny County Law Department
445 Fort Pitt Blvd. #300
Pittsburgh, PA 15219
john.bacharach@alleghenycounty.us
Dennis.BiondoJr@AlleghenyCounty.us

*/s/ Keith E. Whitson*